```
                             United States Bankruptcy Court
                             Northern District of California
In re:                                                              Case No. 14-31534-DM
Masazumi Inoue                                                      Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0971-3         User: rwong                 Page 1 of 1          Date Rcvd: Nov 10, 2014
                             Form ID: NDC                Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2014.
db           +Masazumi Inoue,    818 Barneson Ave.,    San Mateo, CA 94402-3417
aty          +Patricia Rodriguez,    Rodriguez Law Group, Inc.,    1961 Huntington Dr., Suite 201,
               Alhambra, CA 91801-1222
smg          +Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
               Sacrament, CA 94230-0001
cr           +U.S. Bank National Association, As Trustee Success,    c/o Merdaud Jafarnia, Esq.,
               1770 Fourth Avenue,    San Diego, CA 92101-2607
13875677     +E Trade Financial Corporation,    1271 Avenue of the Americas,    14th floor,
               New York, NY 10020-1302
13875675     +Seaside Trustee, Inc.,    P.O. Box 2676,   Ventura, CA 93002-2676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Nov 11 2014 01:58:00      CA Employment Development Dept.,
               Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Nov 11 2014 01:58:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
13875676     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 11 2014 02:00:01
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables, FL 33146-1837
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2014 at the address(es) listed below:
              David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
              Mehrdaud Jafarnia    on behalf of Creditor   U.S. Bank National Association, As Trustee Successor
               In Interest To Bank Of America, National Association, As Trustee, Successor By Merger To Lasalle
               Bank National Association, As Trustee For Morgan S Bknotice@mccarthyholthus.com
              Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                              TOTAL: 3
```

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Masazumi Inoue | Case No.: 14–31534 DM 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's Order For Individual(s) In Chapter 7 And Chapter 13 Cases To File Required Documents And Notice Re Automatic Dismissal , filed on 10/24/2014 , it is ordered that this case is hereby **dismissed**.

Dated: 11/10/14

By the Court:

Dennis Montali
United States Bankruptcy Judge